UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRIS GOMEZ and ROLANDO PEDROZA, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ELIAS & COMPANY MANAGEMENT, INC.; YUSEN LOGISTIC (AMERICAS), INC.; SIMPLIFIED LABOR SOLUTIONS, INC.; and DOES 1 to 100, inclusive,<br><br>Defendants. | No. 2:21-cv-09811 JAK (PVCx)<br><br>**ORDER RE JOINT STIPULATION TO DISMISS ENTIRE ACTION WITHOUT PREJUDICE (DKT. 44)**<br><br>JS-6 |

Based on a review of the parties' Joint Stipulation to Dismiss Entire Action Without Prejudice (the "Stipulation" (Dkt. 44)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. Plaintiffs' action is dismissed without prejudice in its entirety, including all class action and individual

/ /

/ /

claims. Each party shall bear its own fees and costs, if any, incurred in this action.

**IT IS SO ORDERED.**

Dated: July 21, 2022

John A. Kronstadt
United States District Judge